**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **SHARON EVETTE GUTHRIE,** | ) | CASE NO. **19-53770-JWC** |
| | ) | |
| Debtor. | ) | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS,
AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

TO: Creditors and Other Parties in Interest:

PLEASE TAKE NOTICE that Debtor(s) has/have filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with this Notice or have received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court before the following deadline.

DEADLINE FOR FILING OBJECTION: Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on April 30, 2020. If the twenty-fourth day after the filing falls on a week-end or holiday, the deadline is extended to the next business day.

PLACE OF FILING:    Clerk, United States Bankruptcy Court
75 Ted Turner Drive, SW
Atlanta, GA 30303

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

The Semrad Law Firm, LLC
Attn: Dylan Steed
235 Peachtree Street NE
Suite 300
Atlanta, Georgia 30303

Sharon Evette Guthrie
417 Sheppard Crook
Stone Mountain, GA 30083

PLEASE TAKE FURTHER NOTICE that if an objection to the proposed Modification is timely filed, **the Court will hold a hearing on the modification on June 2, 2020 at 2:30 PM in Courtroom 1203, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia.** If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.

Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

Dated: April 30, 2020

/s/
Dylan K. Steed
GA Bar No.: 824694
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, Georgia 30303
(678) 668-7160
**Attorney for the Debtor**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **SHARON EVETTE GUTHRIE,** | ) | CASE NO. **19-53770-JWC** |
| | ) | |
| Debtor. | ) | |

## POST-CONFIRMATION MODIFICATION OF PLAN AND
## REQUEST FOR APPROVAL

COMES NOW, Sharon Evette Guthrie ("Debtor"), by and through undersigned counsel, and move this Honorable Court for the entry of an order modifying the Chapter 13 Plan post-confirmation. In support thereof, the Debtor states as follows:

**1.**

Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code on March 7, 2019. The Chapter 13 Plan was confirmed on July 2, 2019.

**2.**

Debtor hereby modifies Section 2.1 of the Chapter 13 Plan, as follows:

§ 2.1  Regular Payments to the trustee; applicable commitment period.

The applicable commitment period for the debtor(s) as set forth in 11 U.S.C. § 1325(b)(4) is:

*Check one:*  ☒ 36 months    ☐ 60 months

Debtor(s) will make regular payments ("Regular Payments") to the trustee as follows:

The debtor(s) will pay **$875.00 $910.00** per **month** for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

Dated: April 30, 2020

/s/
Sharon Evette Guthrie

/s/
Dylan K. Steed
GA Bar No.: 824694
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, Georgia 30303
(678) 668-7160
**Attorney for the Debtor**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **SHARON EVETTE GUTHRIE,** | ) | CASE NO. **19-53770-JWC** |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Post-Confirmation Modification of Plan and Request for Approval upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Sharon Evette Guthrie
417 Sheppard Crook
Stone Mountain, GA 30083

*[See attached for additional parties served]*

I further certify that, by agreement of parties, Nancy J. Whaley, Standing Chapter 13 Trustee, was served via ECF.

Dated: April 30, 2020

/s/
Dylan K. Steed
GA Bar No.: 824694
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, Georgia 30303
(678) 668-7160
**Attorney for the Debtor**

```
Label Matrix for local noticing          Kirk Patrick Bremer                      CAPITAL ONE AUTO FINAN
113E-1                                   The Semrad Law Firm, LLC                 PO Box 4360
Case 19-53770-jwc                        Suite 300                                Houston, TX 77210-4360
Northern District of Georgia             235 Peachtree Street NE
Atlanta                                  Atlanta, GA 30303-1404
Thu Apr 30 10:34:40 EDT 2020

(p)CAPITAL ONE                           Capital One Auto Finance, a division of Capi   Department of Justice, Tax Division
PO BOX 30285                             4515 N Santa Fe Ave. Dept. APS                 75 Ted Turner Drive SW
SALT LAKE CITY UT 84130-0285             Oklahoma City, OK 73118-7901                   Civil Trial Section, Southern
                                                                                        Atlanta, GA 30303-3315


(p)GLOBAL LENDING SERVICES LLC           (p)GEORGIA DEPARTMENT OF REVENUE         Sharon Evette Guthrie
1200 BROOKFIELD BLVD STE 300             COMPLIANCE DIVISION                      417 Sheppard Crook
GREENVILLE SC 29607-6583                 ARCS BANKRUPTCY                          Stone Mountain, GA 30083-6119
                                         1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202


Internal Revenue Service                 Internal Revenue Service - Atl           Kaiser Permanente
P.O. Box 7346                            401 West Peachtree St NW Room 1665       po Box 403055
Philadelphia, PA 19101-7346              ATTN: Ella Johnson, M/S 334-D            Atlanta, GA 30384-3055
                                         Atlanta, GA 30308


Philip William Lehman                    Maxwell, Carol                           (p)NATIONWIDE INSURANCE
The Semrad Law Firm, LLC                 890 Wakehurst Place                      SERVICE OF PROCESS TEAM
Suite 300                                Stone Mountain, GA 30083-4734            THREE NATIONWIDE PLAZA
235 Peachtree Street NE                                                           MAIL CODE 3-11-310
Atlanta, GA 30303-1404                                                            COLUMBUS OH 43215-2410


Office Of United States Trustee-ATL      Office of Attorney General               Chad Ralston Simon
75 Ted Turner Dr SW #362                 40 Capitol Sq Sw                         The Chad R. Simon Law Firm, LLC
Atlanta, GA 30303-3330                   Atlanta, GA 30334-9057                   P.O. Box 80727
                                                                                  Atlanta, GA 30366-0727


Special Assistant U.S. Attorney          Dylan K. Steed                           T-Mobile
401 W. Peachtree Street, NW, STOP 1000-D The Semrad Law Firm                      4515 N Santa Fe ave
Atlanta, GA 30308                        Suite 300                                Oklahoma City, OK 73118-7901
                                         235 Peachtree Street NE
                                         Atlanta, GA 30303-1404


US DEPT OF ED/GLELSI                     United States Attorney                   United States Department of Education
2401 Internal Lane                       Northern District of Georgia             Claims Filing Unit
Attn: Chhengre Lim                       75 Ted Turner Drive SW, Suite 600        PO BOX 8973
Madison, WI 53704-3121                   Atlanta GA 30303-3309                    Madison, WI 53708-8973


Verizon                                  Verizon                                  WEBBANK/FINGERHUT
by American InfoSource as agent          by American InfoSource as agent          7075 Flying Cloud Dr
4515 N Santa Fe Ave                      PO Box 4457                              Eden Prairie, MN 55344-3532
Oklahoma City OK 73118-7901              Houston, TX  77210-4457


WESTLAKE FINANCIAL SVC                   Nancy J. Whaley                          Ryan J. Williams
4751 WILSHIRE BLVD STE 1                 Nancy J. Whaley, Standing Ch. 13 Trustee Nancy J. Whaley
LOS ANGELES, CA 90010-3847               303 Peachtree Center Avenue              Standing Chapter 13 Trustee
                                         Suite 120, Suntrust Garden Plaza         303 Peachtree Center Avenue
                                         Atlanta, GA 30303-1216                   Suite 120
                                                                                  Atlanta, GA 30303-1286
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CAPITAL ONE BANK USA N
PO BOX 85520
RICHMOND, VA 23285

GLOBAL LENDING SERVICE
1200 BROOKFIELD BLVD STE
GREENVILLE, SC 29607

Georgia Department of Revenue
1800 Century Blvd
Suite 17200
Atlanta, GA 30345


(d)Global Lending Services LLC
1200 Brookfield Blvd Ste 300
Greenville, South Carolina 29603

Nationwide
P.O Box 182797
Columbus, OH 43218



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Capital One Auto Finance, a division of Ca
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(u)Global Lending Services LLC

End of Label Matrix
Mailable recipients    29
Bypassed recipients     2
Total                  31